MANATT, PHELPS & PHILLIPS, LLP
STEPHEN S. MAYNE (Bar No. CA 049631)
E-mail:  SMayne@manatt.com
CHRISTOPHER L. WANGER (Bar No. CA 164751)
E-mail:  cwanger@manatt.com
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail:  AHeimberger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
MERRIMAN CURHAN FORD & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| MERRIMAN CURHAN FORD & CO., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FUQI INTERNATIONAL, INC., a Delaware Corporation, and WILLIAM BLAIR & COMPANY, L.L.C., a Delaware Limited Liability Company,<br><br>Defendants. | No.  CV 09-03481 TEH<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date of Filing:        July 28, 2009 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90082579.1

NOTICE OF DISMISSAL
WITHOUT PREJUDICE
(CASE NO. CV 09-3481 TEH)

1

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

2

3        NOTICE is hereby given that pursuant to Federal Rule of Civil Procedure

4   41(a)(1)(A)(i) Plaintiff Merriman Curhan Ford & Co. voluntarily dismisses the above-captioned

5   action without prejudice.   Each party is to bear its own costs and fees.

6   Dated:    August 9, 2009              MANATT, PHELPS & PHILLIPS, LLP

7

8                                        By:  /s/ Stephen S. Mayne

9                                             Stephen S. Mayne
                                              *Attorneys for Plaintiff*

10                                            MERRIMAN CURHAN FORD & CO.

11   *Pursuant to General Order 45 X.B. the filer hereby attests that concurrence in the filing of this
document has been obtained from the signatory, which shall serve in lieu of his or her signature
on the document.*

12

13   IT IS SO ORDERED

14

15   Judge Thelton E. Henderson

16        08/10/09

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90082579.1                              2                 NOTICE OF DISMISSAL
                                                         WITHOUT PREJUDICE
                                                         (CASE NO. CV 09-3481 TEH)